*Miss Helen R. Carloss* for respondent.

No. 316.   CHAPMAN *v.* WASHINGTON RAILWAY & ELECTRIC Co.   October 9, 1933.   Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied.   *Mr. Harlan Wood* for petitioner.   *Messrs. Percy H. Marshall* and *H. W. Kelly* for respondent.

No. 317.   KOWAL *v.* PERKINS, SECRETARY OF LABOR;
No. 318.   KABADIAN *v.* SAME;
No. 319.   ABRAHAM *v.* SAME;
No. 320.   POLOMBO *v.* SAME;
No. 321.   SPICA *v.* SAME; and
No. 322.   PETIKAS *v.* SAME.   October 9, 1933.   Petitions for writs of certiorari to the Court of Appeals of the District of Columbia denied.   *Mr. Raymond M. Hudson* for petitioners.   *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for respondent.

No. 323.   CURTIS PUBLISHING Co. *v.* NEYLAND.   October 9, 1933.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. J. M. Richardson Lyeth* for petitioner.   *Mr. Samuel F. Frank* for respondent.

No. 324.   PENNSYLVANIA COAL & COKE CORP. *v.* UNITED STATES.   October 9, 1933.   Petition for writ of certiorari to the Court of Claims denied.   *Mr. Frederick S. Winston* for petitioner.   *Solicitor General Biggs* and *Assistant At-*